STATE of Missouri, Respondent,

v.

**Ricky R. DAVIS, Appellant.**

**No. 46817.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 9, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 11, 1984.

Application to Transfer Denied
July 17, 1984.

Ernest L. Keathley, St. Louis, for appellant.

Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Defendant was convicted by a jury of stealing property having a value in excess of $150 and was sentenced to 90 days imprisonment and a fine of $650. No jurisprudential purpose would be served by an opinion.

Judgment affirmed. Rule 30.25(b).